# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PECK,<br>Plaintiff,<br>v.<br>PAYTOMORROW, LLC, et al.,<br>Defendants. | Case No. 1:26-cv-05965-JLT-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC TO ANSWER THE COMPLAINT<br><br>(ECF No. 15) |

Before the Court is a stipulated extension of time for Defendant Equifax Information Services, LLC to respond to Plaintiff's complaint. (ECF No. 15.) For good cause shown, the Court approves the stipulation and ORDERS that said Defendant shall have through **October 27, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **October 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge