# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PECK,<br><br>Plaintiff,<br><br>v.<br><br>PAYTOMORROW, LLC, et al.,<br><br>Defendants. | Case No. 1:26-cv-05965-JLT-SAB<br><br>ORDER REGARDING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 20) |

Pending before the Court is a stipulation from the relevant parties regarding an extension of time in which Defendant Equifax Information Services, LLC, may file a responsive pleading. For good cause shown, the Court APPROVES the stipulation and ORDERS that this Defendant shall have through **November 26, 2026**, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **October 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge